# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Mitzael Fierro  *Principal*
YOB: 1996  MEXICO

**CRIMINAL COMPLAINT**

Case Number:
M-19-2069-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 27, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

**knowing or in reckless disregard of the fact that Carlos Daniel Salgado-Palma, a citizen and national of Nicaragua, and Valentin Reyes, a citizen and national of Honduras, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit: a residence located in Edinburg, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)** **FELONY**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On June 10, 2019 Border Patrol Agents received information regarding a possible stash house located at 3026 Benito A. Ramirez St. Edinburg, Texas.

On August 27, 2019, agents conducted surveillance at the house. Agents observed a gray Ford Fusion departing the residence.

Agents proceeded to follow the vehicle and requested the assistance of Hidalgo County Constables Office Pct.4, (HCCO).

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

8/29/19
Approved Angel Coto, AUSA

Signature of Complainant
Maria Guerrero   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 29, 2019 — 10:11 a.m.
Date

at McAllen, Texas
City and State

Juan F. Alanis, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-19- 2069 -M

RE:   **Mitzael Fierro**

**CONTINUATION:**

Hidalgo County Constables Office Pct. 4, initiated a traffic stop on the Ford Fusion on Expressway 281 south of Trenton in Edinburg, Texas for speeding.

Agents arrived to the location of the vehicle stop and approached the driver, later identified as Mitzael FIERRO. FIERRO stated he was a national of Mexico and admitted to be illegally present in the United States. FIERRO was placed under arrest and was read his rights and was willing to speak. FIERRO voluntarily advised that he currently had approximately five illegal aliens at a house in Edinburg. FIERRO stated he was not the owner of the house but that he had been living there for approximately four months. FIERRO granted verbal and written consent to enter the house.

Agents, HCCO Pct. 4 Deputies and San Juan PD Investigators proceeded to the house to conduct a search and a total of eight subjects were encountered inside the house. All subjects were questioned and admitted that they were in the United States illegally. All subjects were placed under arrest and were then transported to the Centralized Processing Center for case preparation.

**PRINCIPAL STATEMENT:**

Mitzael FIERRO, a Mexican national, was read his Miranda Rights and acknowledged he understood his rights and provided a sworn statement without the presence of an attorney.

FIERRO stated that he willingly accepted to work for an unknown subject by picking up and harboring aliens at a house to pay his smuggling debt in return.

FIERRO stated that he has operated the stash house for approximately four months. FIERRO stated that he was paid random amounts of money at random times, the most being $300. FIERRO was provided vehicles to transport illegal aliens to and from the stash house, the most persons ever held at the house at one time was approximately fifteen. FIERRO admitted that he would buy food and supplies for the illegal aliens in his care. FIERRO admitted he would take everyone's cell phone and place them in a box. FIERRO stated that people were generally moved in and out of the house within three or four days.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19- 2069 -M

**RE:** Mitzael Fierro

**CONTINUATION:**

**MATERAL WITNESSES STATEMENT:**

Carlos Daniel SALGADO-Palma, and Valentino REYES were read their miranda rights. They understood and provided a sworn statement without the presence of an attorney.

SALGADO, a citizen of Nicaragua, stated that he made his own smuggling arrangements with an unknown person and agreed to pay a total of $4,000 to be smuggled. SALGADO paid $2,000 upfront and would pay the remaining balance once he successfully arrived to his final destination. SALGADO stated he crossed with approximately fifteen other subjects. SALGADO walked for about one hour until arriving where a green SUV picked them up and was taken to the house. SALGADO stated that once at the house the caretaker took away their cell phones and instructed them to stay quiet and not make noise. SALGADO claimed that he stayed at the stash house for about five days and was fed only noodles and egg and that the caretaker took them pizza and chicken two days prior to his arrest. SALGADO identified FIERRO, through a photo lineup, as the caretaker of the house.

REYES, a citizen of Honduras, stated that after he made his illegal entry an unknown male guided the group to an area where they were picked up by a red sedan. REYES stated the driver took them to an unknown trailer stash house prior to being taken to the stash house where he was arrested. REYES stated that a subject, later identified as Mitzael Fierro, was the stash house caretaker of the second house. Fierro would often tell other illegal aliens to keep quiet and would not allow them to make phone calls. REYES stated that Fierro would bring food, medicine and water to them at the apartment. REYES identified FIERRO, through a photo lineup, as the caretaker of the house.